# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRYAN COLE

NO. 2026 KW 0330

**JUNE 29, 2026**

---

In Re:   Bryan Cole, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 26-WCR-003.

---

BEFORE:   THERIOT, STROMBERG, AND EDWARDS, JJ.

**WRIT DENIED.** Although relator captioned his pleading as a petition for writ of habeas corpus, the remedy he seeks is in the nature of a request for postconviction relief. See La. Code Crim. P. art. 924(1). Applications for postconviction relief shall be filed in the parish where the petitioner was convicted. La. Code Crim. P. art. 925. Relator was convicted in Jefferson Parish, but filed his petition for habeas corpus in West Feliciana Parish. Accordingly, the district court did not err by summarily denying relator's petition without holding an evidentiary hearing.

**MRT**
**TPS**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT